# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADINAH HASAN BARRETT-BARKSDALE,<br><br>            Plaintiff,<br><br>  v.<br><br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No. 1:14-cv-1480-SKO<br><br>**ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

## I. INTRODUCTION

Plaintiff Madinah Hasan Barrett-Barksdale is proceeding pro se and seeks judicial review of a decision of the Commissioner of Social Security denying a disability application pursuant to the Social Security Act.[1] Plaintiff resides in Hemet, California, which is located within the region served by the U.S. District Court for the Central District of California, Eastern Division. (Doc. 1.)

Federal law is clear on the issue of venue -- the claimant must file suit in the judicial district where he or she resides, or has a principal place of business. 42 U.S.C. § 405(g). If the claimant files in the wrong district, then the Court may transfer venue to the proper district. *Id*. Here, Plaintiff's complaint indicates she currently resides in Hemet, California, which is not located within the geographic boarders of the U.S. District Court, Eastern District of California.

---

[1] It is not clear if Plaintiff has received a final decision from the Commissioner denying her application for benefits.

1 | The court may transfer any civil action to any other district or division for the convenience
2 | of the parties and witnesses and in the interest of justice where the case might have been brought.
3 | 42 U.S.C. § 1404.   Thus, this matter shall be transferred to the U.S. District Court for the Central
4 | District of California, Eastern Division.
5 | Accordingly, IT IS HEREBY ORDERED that:
6 | 1. This case be transferred to the U.S. District Court for the Central District of
7 | California, Eastern Division; and
8 | 2. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2014**          /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

2