UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADINAH HASAN BARRETT-BARKSDALE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | NO. EDCV 14-2056-JFW (AGR)<br><br>ORDER TO SHOW CAUSE |

　　Pursuant to the court's order of October 20, 2014, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 120 days of the filing on the complaint, i.e., by February 17, 2015. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proofs of service have not been filed.

　　Accordingly, **no later than March 24, 2015,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by March 24, 2015, shall be deemed compliance with this Order to Show Cause.

DATED:  March 3, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge