JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADINAH HASAN BARRETT-<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | CASE NO. EDCV 14-2056-JFW (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice.

DATED: May 26, 2015

_____
JOHN F. WALTER
United States Magistrate Judge